UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FT.MYERS DIVISION

IN RE:
**JAMES S LOUCY ,**

CASE NO.: **9:09-bk-23004-ALP**

CHAPTER **7**

Debtor.
_____/

## NOTICE OF LIMITED APPEARANCE AND REQUEST FOR SERVICE

**COMES NOW ALBERTELLI LAW** attorneys for Wachovia Mortgage, FSB. f.k.a. World Savings Bank, and hereby enters it notice of limited appearance in the above-styled action. In accordance with Rule 2002 of the Bankruptcy Rules and Section 1109(b) of the Bankruptcy Code, the undersigned hereby request notice for the following limited purpose of the: Motion for Relief from Stay subsequently filed.

The undersigned respectfully requests the following to be added to the Court's Mailing Matrix in according to Rule 2002(g):

ANDREW L. FIVECOAT, ESQ.

**Albertelli Law**
Attorney for Secured Creditor
600 North Westshore Blvd., Suite 400
Tampa, FL 33609
Telephone: (813) 221-4743
Facsimile: (813) 221-9171

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th Day of November, 2009, I served a copy of the foregoing upon:

**SERVICE LIST**

Diane L. Jensen
P.O. Drawer 1507
Fort Myers, FL 33902

James S Loucy
3042 Diftwood Way # 4802
Naples, FL 34109

Edward Miller,
2430 Shadowlawn Drive, Suite 18
Naples, FL 34112

United States Trustee
Timberlake Annex, Suite 1200
501 E. Polk Street
Tampa, FL 33602

        **Andrew L. Fivecoat, Esq.**
        **Albertelli Law**
        Attorney for Secured Creditor
        600 N. Westshore Blvd.
        Suite 400
        Tampa, FL 33609
        Telephone: (813) 221-4743
        Facsimile: (813) 221-9171


        By:   /s/ Andrew L. Fivecoat, Esq.
        Andrew L. Fivecoat, Esq.
        Florida Bar No.: 0122068