IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| JAMES S LOUCY | § | CASE NO. 09-23004-ALP |
| | § | CHAPTER 7 |
| | § | |
| | § | JUDGE ALEXANDER L. PASKAY |

**REQUEST FOR SERVICE OF NOTICE**

TO THE DEBTOR(S), TRUSTEE, ALL CREDITORS AND ALL OTHER INTERESTED PARTIES:

You are hereby given notice that Brice, Vander Linden & Wernick, P.C. has been engaged by the creditor identified below to serve as its authorized agent in this matter.

You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to, notices required by Bankruptcy Rules 2002 and 3017(a) and the Local Rules of the Bankrupcy Court upon the creditor at the following address:

**Fifth Third Bank**
**P. O. Box 829009**
**Dallas, Texas 75382-9009**

Respectfully submitted,
Brice, Vander Linden & Wernick, P.C.

/s/ Joe M. Lozano, Jr.

Joe M. Lozano, Jr.

F# 3051-N-0866
9441 LBJ Freeway, Suite 350
Dallas, Texas 75243
(972) 643-6600 / (972) 643-6698 (Telecopier)
E-mail Address: notice@bkcylaw.com
Authorized Agent for Fifth Third Bank

## CERTIFICATE OF SERVICE

      I, Joe M. Lozano, Jr., hereby certify that a true and correct copy of the foregoing Request for Service of Notice has been served upon the following parties in interest either via pre-paid regular U.S. Mail or via electronic notification on or before November 17, 2009:

**Debtors' Attorney**
Edward R Miller
Miller And Hollander
2430 Shadowlawn Drive, Suite 18
Naples, FL 34112

**Chapter 7 Trustee**
Diane L. Jensen
Post Office Drawer 1507
Fort Myers, Florida 33902-1507

**U.S. Trustee**
Donald F. Walton
501 East Polk Street
Tampa, Florida 33602

/s/ Joe M. Lozano, Jr.

Joe M. Lozano, Jr.

3051-N-0866
noaelect